DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE ZOLDAN,**
Appellant,

v.

**THE ENTRADA CONDOMINIUM, INC., INGRID E. WATKINS, PA,
INGRID E. WATKINS, ADAH GAINES, ELIZABETH WATKINS,** and
**NEXSTAR TITLE AND ESCROW, LLC,**
Appellees.

No. 4D17-3853

[June 14, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE 13-010631 Div. 25.

Kenzie N. Sadlak of Kenzie N. Sadlak, P.A., Miami, for appellant.

Neil F. McGuinness of Mcguinness & Cicero, Sunrise, for appellee The Entrada Condominium, Inc.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***